B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Middle__ District Of __North Carolina__

In re _Tracy Lynn Fuentes-Reyes_ , Case No. _13-81580_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for GFT Mortgage Loan Trust 2015-GFT2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 5TH STREET
EUREKA CA 95501

Court Claim # (if known): 6-2
Amount of Claim: 152,112.34
Date Claim Filed: October 3, 2014

Phone: _(800) 603-0836_
Last Four Digits of Acct #: _2777_

Phone: _(312) 780-0011_
Last Four Digits of Acct. #: _2665_

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corp.
P.O. Box 911710
Denver, CO 90291-1710

Phone: _(800) 603-0836_
Last Four Digits of Acct #: _2777_

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____           Date:_March 14, 2017_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 3/16/2017, I served the within NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) AND WITHOUT WAIVER OF OPPORTUNITY TO OBJECT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Tracy Lynn Fuentes-Reyes
148 Sharp Lane
Carthage, NC 28327
Debtor

Michael J. McCrann, Esquire
704 North Sandhills Boulevard
Aberdeen, NC 28315
Attorney for Debtor

Richard M. Hutson, II
302 East Pettigrew Street, Suite B-140
P.O. Box 3613
Durham, NC 27702
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 3/16/2017 at Woodland Hills, California.

/s/ Roger Soria

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Middle_____ District Of __North Carolina_____

In re __Tracy Lynn Fuentes-Reyes_____,    Case No. __13-81580_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _6-2__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for GFT Mortgage Loan Trust 2015-GFT2 | U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust |
| Address of Alleged Transferor:<br>Fay Servicing, LLC<br>939 W. North Avenue, Suite 680<br>Chicago, IL 60642 | Address of Transferee:<br>SN Servicing Corporation<br>323 5TH STREET<br>EUREKA CA 95501 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                     _____
                                   **CLERK OF THE COURT**